# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAROLD JAY HECHT,** | NO. LA CV 12-02246-VBF-MAN |
| Petitioner, | |
| v. | RULE 58 JUDGMENT |
| DANIEL PARAMO, | |
| Respondent. | |

Pursuant to the Court's Opinion and Order issued this same date, final judgment is entered in favor of respondent Daniel Paramo and against petitioner Darold Jay Hecht.

DATED:   May 5, 2014

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE